UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DUPERON,

    Plaintiff,

Case No. 1:24-cv-267

v.

Hon. Jane M. Beckering

UHG1 LLC, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the case is DISMISSED.

Dated: October 8, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
UNITED STATES DISTRICT JUDGE